In the Matter of BARBARA ANASTASIA et al., Appellants, v ROBERT M. MORGENTHAU, as District Attorney of New York County, Respondent.— Judgment, Supreme Court, New York County, entered on October 3, 1975, unanimously affirmed, without costs and without disbursements on opinion of Gellinoff, J., at Special Term. No opinion. Concur—Stevens, P. J., Kupferman, Lupiano, Lane and Nunez, JJ.